DUNSMORE et al. v. KELSEY HEATING CO.

GRAFF FURNACE CO. v. SAME.

(Circuit Court of Appeals, Third Circuit. February 28, 1908.)

Nos. 73, 74.

PATENTS—INVENTION—HOT-AIR FURNACE.
> The Kelsey patent, No. 476,230, for a hot-air furnace, is void for lack of patentable invention.

Appeal from the Circuit Court of the United States for the Middle District of Pennsylvania.

Archibald Cox, for appellant.
H. P. Denison, for appellee.

Before DALLAS, GRAY, and BUFFINGTON, Circuit Judges.

PER CURIAM. In each of the above cases preliminary injunctions were granted by the court below, and from the decrees therefor these appeals have been taken. Since the granting of these injunctions and the entry of these decrees this court has handed down its decision in the case of James Spear Stove & Heating Company v. Kelsey Heating Company, 158 Fed. 622, argued at the last term of this court, in which the appellee and plaintiff below was the same as in these cases.

As the patent in suit was also the same, and has in the case referred to been adjudged invalid, the decrees granting injunctions in the cases now before us must be reversed, with costs; and it is so ordered.